## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 152 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Mahtab Shirani | | |

**DOCKET ENTRY TEXT**

Court having been telephonically advised that Defendant waives her right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Bond to stand. Status hearing set for 02/27/2008 is stricken. No appearance required.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|