**FILED**
KC
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE CASTILLO**

**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 152 |
| v. ) | |
| ) | |
| MAHTAB SHIRANI ) | Violation: Title 18, United States Code, Section 875(c) |

The UNITED STATES ATTORNEY charges:

On or about February 15, 2008, at Chicago and elsewhere, in the Northern District of Illinois, Eastern Division,

MAHTAB SHIRANI,

defendant herein, did transmit in interstate commerce a communication containing a threat to injure the person of another, namely, an electronic mail message transmitted via Internet containing a threat to injure individuals at the University of Illinois-Chicago;

In violation of Title 18, United States Code, Section 875(c).

_____
UNITED STATES ATTORNEY