*Felony*
*08CR152*
*JUDGE CASTILLO*

FILED
KC
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**MAGISTRATE JUDGE NOLAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   *Nolan*  US v. Shirani, 08 CR 152  Nolan

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery ......... (II)
   ☐ Post Office Robbery ..... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault .............. (III)
   ☐ Burglary ........... (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement ..... (III)
   ☐ Income Tax Fraud ........ (II)
   ☐ Postal Fraud ............ (II)
   ☐ Other Fraud ............ (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting .......... (III)
   ☐ Sex Offenses ........... (II)
   ☐ DAPCA Marijuana ........ (III)
   ☐ DAPCA Narcotics ........ (III)
   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws .......... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ......... (IV)
   ☐ Motor Carrier Act ......... (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail ............. (III)
   ☒ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 USC § 875(c)

_____
Assistant United States Attorney

(Revised 12/99)