## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 152 - 1 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Mahtab Shirani | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held on 3/19/2008. The defendant appeared, waived formal reading of the Information and entered a plea of not guilty. Rule 16.1 conference to be held on or before 3/26/2008. Any pretrial motions should be filed on or before 4/28/2008. Status hearing set for 4/30/2008 at 9:30 a.m. Order bond to stand. From 4/30/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). (X-I and X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cr-00152    Document 12    Filed 03/19/2008    Page 1 of 1

08CR152 - 1 USA vs. Mahtab Shirani                                                                                           Page 1 of 1