# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 152 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Mahtab Shirani | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 7/1/2008. Defendant appeared and entered a plea of guilty to the One Count Information. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count One. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 9/23/2008 at 1:00 p.m. Order bond to stand.

Docketing to mail notices.

00:30

FILED
2008 JUN 31 PM 5:02
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|