UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 152 |
| | ) | |
| v. | ) | |
| | ) | |
| MAHTAB SHIRANI | ) | Judge Ruben Castillo |

## NOTICE OF FILING

TO:   GEORGE S. PAPPAS, Esq.
      70 W. Madison Street #3700
      Chicago, IL 60602

Please take notice that on **Wednesday, September 10, 2008 at 9:45 a.m.,** I will appear before U.S. District Judge Ruben Castillo, or a judge sitting in his stead in Courtroom 2141 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 and present the **Government's Motion to Allow Presentation of Victim Impact Statement via Telephone,** a copy of which is hereby served upon you.

Very truly yours,

PATRICK J. FITZGERALD

/s/ Christopher R. McFadden

CHRISTOPHER R. MCFADDEN
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, IL  60604
(312) 353-1931